

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>SONNY PILCHER,<br><br>    Defendant. | )<br>)<br>)  Criminal No. 14-CR-117-J<br>)              26 U.S.C. § 7212(a)<br>)  (Obstruction of Administration of<br>)  Internal Revenue Laws)<br>)<br>)<br>) |

## INFORMATION

THE U.S. ATTORNEY CHARGES THAT:

From on or about January 1, 2007 through at least December 31, 2009, within the District of Wyoming and elsewhere, the Defendant **SONNY PILCHER**, a resident of Casper, Wyoming, did corruptly endeavor to obstruct and impede the administration of the internal revenue laws by committing acts, including but not limited to the following:

1. Claiming a false bad debt expense of $258,000;

2. Paying employees in cash to evade employment taxes.

In violation of Title 26, United States Code, Section 7212(a).

**DATED**: This ___ day of January, 2014.

                                                          Assistant Attorney General
                                                          KATHRYN KENEALLY

By: _____
        Lori A. Hendrickson
        Ignacio Perez De La Cruz
        Trial Attorneys

## PENALTY SUMMARY
### (Information)

DEFENDANT NAME:   SONNY PILCHER

DATE:   May 20, 2014

INTERPRETER NEEDED:   ___ Yes  _X_ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_X_ Cheyenne   ___ Casper   ___ Lander   ___ No Preference

**VICTIM:**   ___ Yes  _X_ No

**SEAL CASE:**   ___ Yes  _X_ No

OFFENSE:   26 U.S.C. 7212(a)
(Obstruction of Administration of Internal Revenue Laws)

PENALTIES:   3 Years Imprisonment
$250,000 Fine
1 Year Supervised Release
$100 Special Assessment

AGENT:   IRS S/A Brian Mallin      TRIAL ATTORNEYS: Lori A. Hendrickson
                                                            Ignacio Perez De La Cruz

Estimated Time of Trial:   _X_ 1-5 days   ___ More than 5 days

Government will seek detention in this case:

___ Yes  _X_ No

The court should not grant bond because defendant is not bondable because there are detainers from other jurisdictions:

___ Yes  _X_ No