# United States District Court
### for the
### District of Wyoming

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 14-CR-117-J |
| SONNY PILCHER | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 16 2014
10:38 a.m.
Stephan Harris, Clerk
Cheyenne

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/16/14

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

NATHAN HOCHMAN
*Printed name of defendant's attorney*

_____
*Judge's signature*

Kelly H. Rankin, U.S. Magistrate Judge
*Judge's printed name and title*