FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 16 2014
10:31 AM
Stephan Harris, Clerk
Cheyenne

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA

Plaintiff,

vs.

Case Number: 14-CR-117-J

SONNY PILCHER

Defendant,

## WAIVER OF GUILTY PLEA BEFORE A UNITED STATES DISTRICT JUDGE/ AND CONSENT TO GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

I hereby waive my right to appear before a United States District Judge to enter a guilty plea to the felony offense(s) for which I am charged and consent to a guilty plea before a United States Magistrate Judge.

Dated this 16th day of June, 2014.

_____
Defendant

_____
Attorney

Approved:

_____
Kelly H. Rankin
Chief US District Judge